# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0970−2 | User: benninks | | Date Created: 12/1/2011 |
| Case: 2:11−bk−32956−CGC | Form ID: b9a | | Total: 43 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | RICHARD J. STAUFFER | 4025 N. 82ND PL. | SCOTTSDALE, AZ 85251 | |
| jdb | SABRINA L. STAUFFER | 4025 N. 82ND PL. | SCOTTSDALE, AZ 85251 | |
| tr | CONSTANTINO FLORES | PO BOX 511 | PHOENIX, AZ 85001−0511 | |
| aty | BRIAN M. BLUM | Rosenstein Law Group, PLLC | 8010 E. McDowell Rd., Ste 111 | Scottsdale, AZ 85257 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY &LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007−2650 |
| 10991263 | American Express | Attn: Bankruptcy Dept | PO BOX 7863 | Fort Lauderdale FL 33329−7863 |
| 10991264 | Angel Harrison | 14802 N. 46th Pl. | Phoenix AZ 85032 | |
| 10991266 | Associated Collection Service | 4231 N. 11th St. | Phoenix AZ 85014 | |
| 10991265 | Associated Collection Service | P.O. Box 16053 | Phoenix AZ 85011−6053 | |
| 10991267 | Barclays Bank | Attn: Bankruptcy Department | PO Box 8801 | Wilmington DE 19899−8801 |
| 10991268 | Barclays Bank / Juniper Card | Attn: Bankruptcy Department | PO Box 8801 | Wilmington DE 19899−8801 |
| 10991269 | Boivin, Uerlings &DiIaconi, PC | 803 Main St., Suite 201 | Klamath Falls OR 97601−6070 | |
| 10991270 | Bradford White Corp | 725 Talamore Dr | Ambler PA 19002 | |
| 10991271 | Budge McHugh Supply Co. | 125 W. 4th St. | Medford OR 97501 | |
| 10991273 | CAPITAL ONE | Attn: Bankruptcy Department | PO Box 30285 | Salt Lake City UT 84130−0285 |
| 10991276 | CHASE BANK USA NA | Attn: Bankruptcy Dept | PO BOX 15145 | Wilmington DE 19850−5145 |
| 10991272 | Capital Management Services | 726 Exchange St. Ste. 700 | Buffalo NY 14210 | |
| 10991274 | Century Link | PO Box 29040 | Phoenix AZ 85038−9040 | |
| 10991275 | Century Link | PO Box 91155 | Seattle WA 98111−9255 | |
| 10991277 | Clin Path Pathology | PO Box 42210 | Phoenix AZ 85080−2210 | |
| 10991278 | David &Christina Kohout | 10580 Buesing Rd | Klamath Falls OR 97603 | |
| 10991279 | Dex One | Attn: Bankruptcy Department | PO Box 3900 | Peoria IL 61612 |
| 10991280 | Discover Card | Attn: Bankruptcy Dept. | PO BOX 30943 | Salt Lake City UT 84130−0395 |
| 10991281 | Ferguson Enterprises | 1130 Helicopter Way | Central Point OR 97502 | |
| 10991282 | GMAC Mortgage LLC | Attention: Bankruptcy Dept. | 1100 Virginia Drive | Fort Washington PA 19034 |
| 10991284 | HSBC | Attn: Bankruptcy Department | PO Box 2013 | Buffalo NY 14240 |
| 10991283 | Home Depot Credit Services | PO Box 790328 | Saint Louis MO 63179 | |
| 10991285 | James and Jeri Icenbice | 4426 Denver Ave | Klamath Falls OR 97603−7441 | |
| 10991286 | Keith Devenport | 308 Arrowhead Trail | Eagle Point OR 97524 | |
| 10991287 | LSIC, LLC | 14362 N Frank Lloyd Wright Blvd Ste 1000 | Scottsdale AZ 85260 | |
| 10991289 | MedDirect | 3200 Broadmoor, SE | Grand Rapids MI 49512 | |
| 10991288 | MedDirect | Attn: Bankruptcy Department | PO Box 120153 | Grand Rapids MI 49528−0153 |
| 10991290 | Molatore, Scroggin, Peterson &Co. LLP | 824 Pine Street | Klamath Falls OR 97601 | |
| 10991291 | Mountain Vista Medical Center | PO Box 406008 | Atlanta GA 30384 | |
| 10991293 | NCO FINANCIAL SYSTEMS | 20401 N. 29th Ave., Suite 110 | Phoenix AZ 85027 | |
| 10991292 | Nancy Anderson | 920 Applewood St. | Klamath Falls OR 97603 | |
| 10991294 | Scottsdale Healthcare | P.O. Box 1022 | Wixom MI 48393−1022 | |
| 10991295 | Southern Oregon FCU | 1551 Harbeck Rd. | PO Box 1358 | Grants Pass OR 97528−0323 |
| 10991296 | Southern Oregon FCU | PO Box 1358 | Grants Pass OR 97528 | |
| 10991297 | The Anderson Group | 3001 19th St. | Metairie LA 70002−4906 | |
| 10991298 | Tires Les Schwab | 5757 S. 6th St. | Klamath Falls OR 97603 | |
| 10991299 | United Recovery Systems | 5800 North Course Drive | Houston TX 77072 | |
| 10991300 | Yellow Book | PO Box 3162 | Cedar Rapids IA 52406 | |

TOTAL: 43