# Notice Recipients

District/Off: 0970−2    User: admin    Date Created: 03/13/2012
Case: 2:11−bk−32956−CGC    Form ID: b18    Total: 46

**Recipients of Notice of Electronic Filing:**
aty    BRIAN 2 BLUM    brian@rosensteinlawgroup.com
aty    BRIAN M. BLUM    brian@rosensteinlawgroup.com
aty    ROBERT J. CAMPO, JR.    rcampo@piteduncan.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    RICHARD J. STAUFFER    4025 N. 82ND PL.    SCOTTSDALE, AZ 85251
jdb    SABRINA L. STAUFFER    4025 N. 82ND PL.    SCOTTSDALE, AZ 85251
tr    CONSTANTINO FLORES    PO BOX 511    PHOENIX, AZ 85001−0511
cr    GMAC Mortgage, LLC    c/o Pite Duncan, LLP    4375 Jutland Drive, Suite 200    P.O. Box 17933    San Diego, CA 92177−0933
smg    AZ DEPARTMENT OF REVENUE    BANKRUPTCY &LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650
10991263    American Express    Attn: Bankruptcy Dept    PO BOX 7863    Fort Lauderdale FL 33329−7863
10991264    Angel Harrison    14802 N. 46th Pl.    Phoenix AZ 85032
10991266    Associated Collection Service    4231 N. 11th St.    Phoenix AZ 85014
10991265    Associated Collection Service    P.O. Box 16053    Phoenix AZ 85011−6053
10991267    Barclays Bank    Attn: Bankruptcy Department    PO Box 8801    Wilmington DE 19899−8801
10991268    Barclays Bank / Juniper Card    Attn: Bankruptcy Department    PO Box 8801    Wilmington DE 19899−8801
10991269    Boivin, Uerlings &DiIaconi, PC    803 Main St., Suite 201    Klamath Falls OR 97601−6070
10991270    Bradford White Corp    725 Talamore Dr    Ambler PA 19002
10991271    Budge McHugh Supply Co.    125 W. 4th St.    Medford OR 97501
10991273    CAPITAL ONE    Attn: Bankruptcy Department    PO Box 30285    Salt Lake City UT 84130−0285
10991276    CHASE BANK USA NA    Attn: Bankruptcy Dept    PO BOX 15145    Wilmington DE 19850−5145
10991272    Capital Management Services    726 Exchange St. Ste. 700    Buffalo NY 14210
10991274    Century Link    PO Box 29040    Phoenix AZ 85038−9040
10991275    Century Link    PO Box 91155    Seattle WA 98111−9255
10991277    Clin Path Pathology    PO Box 42210    Phoenix AZ 85080−2210
10991278    David &Christina Kohout    10580 Buesing Rd    Klamath Falls OR 97603
10991279    Dex One    Attn: Bankruptcy Department    PO Box 3900    Peoria IL 61612
10991280    Discover Card    Attn: Bankruptcy Dept.    PO BOX 30943    Salt Lake City UT 84130−0395
10991281    Ferguson Enterprises    1130 Helicopter Way    Central Point OR 97502
10991282    GMAC Mortgage LLC    Attention: Bankruptcy Dept.    1100 Virginia Drive    Fort Washington PA 19034
10991284    HSBC    Attn: Bankruptcy Department    PO Box 2013    Buffalo NY 14240
10991283    Home Depot Credit Services    PO Box 790328    Saint Louis MO 63179
10991285    James and Jeri Icenbice    4426 Denver Ave    Klamath Falls OR 97603−7441
10991286    Keith Devenport    308 Arrowhead Trail    Eagle Point OR 97524
10991287    LSIC, LLC    14362 N Frank Lloyd Wright Blvd Ste 1000    Scottsdale AZ 85260
10991289    MedDirect    3200 Broadmoor, SE    Grand Rapids MI 49512
10991288    MedDirect    Attn: Bankruptcy Department    PO Box 120153    Grand Rapids MI 49528−0153
10991290    Molatore, Scroggin, Peterson &Co. LLP    824 Pine Street    Klamath Falls OR 97601
10991291    Mountain Vista Medical Center    PO Box 406008    Atlanta GA 30384
10991293    NCO FINANCIAL SYSTEMS    20401 N. 29th Ave., Suite 110    Phoenix AZ 85027
10991292    Nancy Anderson    920 Applewood St.    Klamath Falls OR 97603
10991294    Scottsdale Healthcare    P.O. Box 1022    Wixom MI 48393−1022
10991295    Southern Oregon FCU    1551 Harbeck Rd.    PO Box 1358    Grants Pass OR 97528−0323
10991296    Southern Oregon FCU    PO Box 1358    Grants Pass OR 97528
10991297    The Anderson Group    3001 19th St.    Metairie LA 70002−4906
10991298    Tires Les Schwab    5757 S. 6th St.    Klamath Falls OR 97603
10991299    United Recovery Systems    5800 North Course Drive    Houston TX 77072
10991300    Yellow Book    PO Box 3162    Cedar Rapids IA 52406

    TOTAL: 43